# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

EARL SOLOMAN MOORE,

    Defendant.

Case No. 2:24-mj-00846-MDC

**ORDER**

IT IS ORDERED that the Status Conference currently scheduled for April 2, 2026, at 9:30 a.m. is vacated and continued to _____ July 23, 2026 _____ at 9 : 30 a .m.

DATED this 31 day of March _____, 2026.

_____

UNITED STATES MAGISTRATE JUDGE