# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EARL SOLOMAN MOORE,

Defendant.

Case No. 2:24-mj-00846-MDC

**ORDER**

IT IS ORDERED that the Status Conference currently scheduled for July 23, 2026, at 9:30 a.m. is vacated and continued to August 20, 2026 at 9:30 a.m.

DATED this 16th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE