**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

EARL SOLOMAN MOORE,

Defendant.

Case No. 2:24-mj-00846-MDC

**ORDER**

IT IS ORDERED that the Status Conference currently scheduled for October 29, 2026, at 9:30 a.m. is vacated and continued to January 7, 2027 at 9 : 30 a.m.

DATED this 26th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE